AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Wynn Design & Development, LLC,

               Plaintiff,

  v.

Hallmark Lighting, LLC, et al.,

               Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-01235-JCM-DJA

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff, Wynn Design & Development, LLC, and against Defendant, Hallmark Lighting, LLC, in the amount of $319,293.02, plus pre-judgment interest through 9/9/2020 totaling $8,148.90. IT IS FURTHER ORDERED that post-judgment interest shall accrue on the Judgment from the date of entry until paid in full pursuant to NRS 90.040(1).

9/28/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk